AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __Mississippi__

Rosa Lee Reed

V.

Pfizer Inc., Pharmacia Corporation, and G.D. Searle, LLC

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:08cv221 HTW-LRA

TO: (Name and address of Defendant)

Pharmacia Corp.
c/o CT Service Corporation
818 West 7th Street
Los Angeles, CA  90017

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul E. Guy, Jr.
Nancy Guy Armstrong
ARMSTRONG & GUY LAW OFFICES, LLC
626 Delaware Ave.
M<sup>c</sup>Comb, MS  39648

an answer to the complaint which is served on you with this summons, within ____30____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. NOBLIN                                              4-8-08
CLERK                                                  DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

    Southern        District of        Mississippi

Rosa Lee Reed

V.

Pfizer Inc., Pharmacia Corporation,
and G.D. Searle, LLC

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:08 cv 221 HTW-LRA

TO: (Name and address of Defendant)

    G. D. Searle & Co.
    c/o CT Service Corporation
    818 West 7th Street
    Los Angeles, CA  90017

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Paul E. Guy, Jr.
    Nancy Guy Armstrong
    ARMSTRONG & GUY LAW OFFICES, LLC
    626 Delaware Ave.
    M<sup>c</sup>Comb, MS  39648

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. T. NOBLIN
CLERK                                    4-8-08
                                                      DATE

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern                District of                Mississippi

Rosa Lee Reed

V.

**SUMMONS IN A CIVIL CASE**

Pfizer Inc., Pharmacia Corporation, and G.D. Searle, LLC

CASE NUMBER: 3:08cv221 HTW LRA

TO: (Name and address of Defendant)

Pfizer, Inc.
c/o CT Service Corporation
818 West 7th Street
Los Angeles, CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul E. Guy, Jr.
Nancy Guy Armstrong
ARMSTRONG & GUY LAW OFFICES, LLC
626 Delaware Ave.
McComb, MS 39648

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. T. NOBLIN                                            4-8-08
CLERK                                                    DATE

(By) DEPUTY CLERK