# ARMSTRONG & GUY LAW OFFICES, L.L.C.

## ATTORNEYS AT LAW

*Nancy Guy Armstrong*
*Paul E. Guy, Jr.*

626 Delaware Avenue
Post Office Box 1343
M<sup>c</sup>Comb, MS 39649-1343
e-mail: info@Armstrongguy.com

*Ph: (601) 684-8816*
*Fax: (601) 684-7992*
*1-877-893-3797*

April 14, 2008

J. T. Noblin, Clerk
United States District Court for the
Southern District of Mississippi - Jackson Division
245 E. Capitol St., Ste. 316
Jackson, MS  39201-2413

    Re:    Rosa Lee Reed v Pfizer Inc., et al
              Case Number 3:08-cv-221 HTW-LRA

Dear Mr. Noblin:

    Upon filing of the above referenced Complaint, it was brought to our attention that we had inadvertently placed the names of Michael J. Miller and David Andersen of The Miller Firm rather than Bruce Burtoff of The Miller Firm who is licensed in the State of Mississippi in the signature line.

    The complaint has since been revised and we are re-filing it electronically.  I trust this clears up any misunderstanding about the need for PHV for Messrs. Miller and Andersen.

    With warmest wishes, we are

              Sincerely yours,

              **ARMSTRONG & GUY LAW OFFICES, LLC**

              /s/

              Paul E. Guy, Jr.

PEGJr:lp