IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

ROSA LEE REED                                                                        PLAINTIFF

vs.                                                              Civil Action No. 3:08-cv-221-TSL-JCS

PFIZER, INC., ET AL.                                                              DEFENDANTS

## ORDER OF RECUSAL

This matter is before the court <u>sua sponte</u>. The undersigned Judge owns stock in Pfizer, Inc., one of the named defendants in the above-styled case, and, therefore, finds that his impartiality might reasonably be questioned. Therefore, the undersigned hereby disqualifies himself from serving as Judge in this cause.

**SO ORDERED** this the 29th day of April, 2008.

s/ HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE