UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
SOUTHERN DISTRICT OF MISSISSIPPI
Jackson, Mississippi

April 30, 2008

J. T. Noblin
CLERK

245 E. Capitol St., Suite 316
Jackson, MS 39201

TELEPHONE
(601) 965-4439

*DIVISIONS*

SOUTHERN at Biloxi
725 Dr. Martin Luther King Dr. Blvd.
Suite 243, Zip 39530

HATTIESBURG at Hattiesburg
701 Main St., Room 200, Zip 39401

JACKSON at Jackson
245 E. Capitol, Suite 316
Zip 39201

EASTERN & WESTERN at Jackson
245 E. Capitol, Suite 316
Zip 39201

Mr. Michael J. Beck, Clerk
Judicial Panel on Multidistrict Litigation
1 Columbus Circle, NE #G-255
Washington, D. C.  20002-8000

Re:   MDL-1699-In re: Bextra and Celebrex Marketing, Sales Practices & Products Liability,
      Reed v. Pfizer, Inc., et al
      Civil Action No.3:08cv221TSL0JCS

Dear Mr. Beck:

It has come to the attention of the clerk's office that the captioned litigation may involve issues related to Baycol products liability litigation. If so, this litigation may be subject to the jurisdiction of the Multidistrict Litigation Panel order assigning these cases to the Northern District of California, MDL-1699-In re: Bextra and Celebrex Marketing, Sales Practices & Products Liability.

According to the directive of your office, we enclose a copy of the notice of removal/complaint/amended complaint docket sheet pertaining to this cause. By copy of this letter, we are noticing the attorneys for the parties of this action.

If we can provide any additional or more specific information concerning the status of this case, we will be pleased to promptly do so.

Yours very truly,

J. T. NOBLIN, CLERK

By: s/C. Louisville
C. Louisville, Deputy Clerk

JTN/cwl
Enclosure
cc: Counsel of record