CJRA–P, CLOSED, JCS, JURY

# U.S. District Court
## Southern District of Mississippi (Jackson)
### CIVIL DOCKET FOR CASE #: 3:08–cv–00221–TSL–JCS

Reed v. Pfizer Inc. et al  
Assigned to: District Judge Tom S. Lee  
Referred to: Magistrate Judge James C. Sumner  
Cause: 28:1332 Diversity–Personal Injury  

Date Filed: 04/07/2008  
Date Terminated: 06/10/2008  
Jury Demand: Plaintiff  
Nature of Suit: 365 Personal Inj. Prod. Liability  
Jurisdiction: Diversity  

**Plaintiff**

**Rosa Lee Reed** represented by **Paul E. Guy, Jr.**  
NANCY GUY ARMSTRONG, ATTORNEY  
P.O. Box 1343  
McComb, MS 39648  
601/684–8816  
Email: paulguy@cableone.net  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Nancy Guy Armstrong**  
NANCY GUY ARMSTRONG, ATTORNEY  
P.O. Box 1343  
McComb, MS 39648  
601/684–8816  
Email: nancy626@cableone.net  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer Inc.**

**Defendant**

**Pharmacia Corporation**

**Defendant**

**G.D. Searle, LLC.**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/07/2008 | Ï 1 | COMPLAINT with jury demand against Rosa Lee Reed, Pfizer Inc., Pharmacia Corporation ( Filing fee $ 350 receipt number J024632), filed by Rosa Lee Reed. (Attachments: # 1 Civil Cover Sheet)(cwl) (Entered: 04/09/2008) |
| 04/08/2008 | Ï 2 | Summons Issued as to Pfizer Inc., Pharmacia Corporation, G.D. Searle, LLC.. (cwl) (Entered: 04/09/2008) |
| 04/11/2008 | Ï 3 | |

| | | |
|---|---|---|
| | | AMENDED COMPLAINT *(Corrected attorney list)* against all defendants, filed by Rosa Lee Reed.(Guy, Paul) (Entered: 04/11/2008) |
| 04/14/2008 | Ï 4 | AMENDED COMPLAINT *(attorneys corrected)* against all defendants, filed by Rosa Lee Reed.(Guy, Paul) (Entered: 04/14/2008) |
| 04/14/2008 | Ï 5 | AMENDED DOCUMENT by Rosa Lee Reed. *Ltr to Clerk re Inadvertent Atty Names* (Guy, Paul) (Entered: 04/14/2008) |
| 04/14/2008 | Ï | DOCKET ANNOTATION as to # 3 – Document with electronic signature has been refiled as document # 4. (PKM) (Entered: 04/14/2008) |
| 04/29/2008 | Ï 6 | ORDER OF RECUSAL. Magistrate Judge Linda R. Anderson and District Judge Henry T. Wingate recused. Case reassigned to District Judge Tom S. Lee and Magistrate Judge James C. Sumner for all further proceedings Signed by District Judge Henry T. Wingate on 4/29/08 (cwl) (Entered: 04/29/2008) |
| 04/30/2008 | Ï 7 | Letter sent to MDL Clerk with docket entries and complaint/notice of removal. (cwl) (Entered: 04/30/2008) |
| 06/10/2008 | Ï 8 | COPY OF CONDITIONAL TRANSFER ORDER: transferring this case to the N/D of California. (cwl) (Entered: 06/10/2008) |
| 06/10/2008 | Ï 9 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER: transferring this case to the (N/D of California) (cwl) (Entered: 06/10/2008) |