UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Rosa Lee Reed,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   CASE No: C:08-2985 CRB |
| | )   MDL Docket No. 05-1699-ML |
| **Pfizer Inc., et al.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

NOTICE OF APPEARANCE

TO: Clerk, District Court for the District of Northern California, San Francisco Division

PLEASE take notice that David C. Andersen is entering an appearance in the above case.

Respectfully submitted,

Dated:  __June 26, 2008__          /s/    David C. Andersen
David C. Andersen, Cal. Bar # 194095
The Miller Firm, LLC
108 Railroad Ave.
Orange VA 22960
Tel:  (540) 672-4224
Fax:  (540) 672-3055